From: Lemberg & Associate Fax: (877) 795-3666     To:        Fax: +1 (856) 757-5296    Page 3 of 3  10/12/2010 9:35   PAGE 02/02

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Paul Scheuerman,<br><br>     Plaintiff,<br>v.<br><br>Monarch Recovery; and DOES 1-10, inclusive,<br><br>     Defendant. | Civil Action No.: 1:10-cv-02842-NLH-AMD |

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Monarch Recovery with prejudice and without costs to any party.

Paul Scheuerman

/s/ Jennifer Kurtz

Jennifer Kurtz, Esq.
NJ Bar No. 03658
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
Attorney for Plaintiff

Monarch Recovery

[signature]

Attorney for Defendant

So Ordered this 14th day of October, 2010

Noel L. Hillman
Hon. Noel L. Hillman, USDJ